UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALLAIN GIROUARD and
RENELLE GIROUARD,

    Plaintiffs,

v.                                  CASE NO. 3:23-cv-1376-HES-MCR

THE UNITED STATES OF AMERICA,
and COMMISSIONER OF INTERNAL
REVENUE,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before this Court on a Mediator's Report (Dkt. 25) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of December 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jonathan Hermes, Esq.
Samuel Fuller, Esq.